UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: §
§
REICHMEIER, JOHN W. § Case No. 18-21427 DLS
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Steven R. Rebein, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 12,791.48
*(Without deducting any secured claims)*

Assets Exempt: 5,579.81

Total Distributions to Claimants: 3,255.48

Claims Discharged
Without Payment: 977,538.70

Total Expenses of Administration: 1,094.41

3) Total gross receipts of $ 4,349.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,349.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 12,791.48 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 1,094.41 | 1,094.41 | 1,094.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 980,610.73 | 3,255.48 | 3,255.48 | 3,255.48 |
| TOTAL DISBURSEMENTS | $ 993,402.21 | $ 4,349.89 | $ 4,349.89 | $ 4,349.89 |

4) This case was originally filed under chapter 7 on 07/13/2018 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2020          By:/s/Steven R. Rebein, Chapter 7 Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America checking account | 1129-000 | 616.18 |
| Aspiration Summit checking account | 1129-000 | 11.78 |
| TD Ameritrade stocks | 1129-000 | 240.00 |
| Preference Payment Recovery - American Express | 1141-000 | 3,481.93 |
| **TOTAL GROSS RECEIPTS** | | **$4,349.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 3447 Oshkosh, WI 54903 | | 12,791.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 12,791.48 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:STEVEN R. REBEIN | 2100-000 | NA | 1,087.47 | 1,087.47 | 1,087.47 |
| TRUSTEE EXPENSES:STEVEN R. REBEIN | 2200-000 | NA | 6.94 | 6.94 | 6.94 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,094.41 | $ 1,094.41 | $ 1,094.41 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Augustine Hanger 4141 Pennsylvania Ave. Apt. 201 Kansas City, MO 64111 | | 618,000.00 | NA | NA | 0.00 |
| | Dennis Huber 11205 West 121 Terrace Overland Park, KS 66213 | | 50,000.00 | NA | NA | 0.00 |
| | Fed Student Loan Po Box 60610 Harrisburg, PA 17106 | | 24,686.25 | NA | NA | 0.00 |
| | Jackson Haney 11537 Flint Street Overland Park, KS 66210 | | 230,456.00 | NA | NA | 0.00 |
| | Lending Club Corp. 71 Stevenson St., Ste 300 San Francisco, CA 94105 | | 24,396.45 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ryan Kearns<br>9820 Carter Overland Park,<br>KS 66212 | | 30,000.00 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 1,492.03 | 1,675.48 | 1,675.48 | 1,675.48 |
| 000002 | PYOD LLC | 7100-000 | 1,580.00 | 1,580.00 | 1,580.00 | 1,580.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 980,610.73 | $ 3,255.48 | $ 3,255.48 | $ 3,255.48 |

| Case No: | 18-21427 | DLS | Judge: DALE L. SOMERS | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | REICHMEIER, JOHN W. | | | | Date Filed (f) or Converted (c): | 07/13/18 (f) |
| | | | | | 341(a) Meeting Date: | 08/09/18 |
| For Period Ending: | 10/07/20 | | | | Claims Bar Date: | 01/21/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2016 Jeep Patriot | 16,771.29 | 0.00 | | 0.00 | FA |
| 2. Bed, Desk, Chair | 150.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 4. golf clubs | 500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. Apple watch | 250.00 | 0.00 | | 0.00 | FA |
| 7. dog | 0.00 | 0.00 | | 0.00 | FA |
| 8. Bank of America checking account | 150.00 | 616.18 | | 616.18 | FA |
| 9. Aspiration Summit checking account | 11.00 | 11.78 | | 11.78 | FA |
| 10. TD Ameritrade stocks | 240.00 | 240.00 | | 240.00 | FA |
| 11. Gemini Exchange cryptocurrency account | 0.00 | 0.00 | | 0.00 | FA |
| 12. Preference Payment Recovery - American Express | 20,030.73 | 3,481.93 | | 3,481.93 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $38,803.02 | $4,349.89 | | $4,349.89 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/7/20 - TDR Submitted to UST for approval

9/8/20 - Distribution Order entered - DOC# 58

8/13/20 - UST approved and filed TFR - DOC# 56

7/21/20 - Agreed Order Waiving Discharge entered - DOC #54;

6/24/20 - TFR submitted to UST for approval (not pursuing Kearns issue because existing assets are sufficeint to pay

filed claims in full);

| | | | |
|---|---|---|---|
| Case No: | 18-21427 DLS Judge: DALE L. SOMERS | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | REICHMEIER, JOHN W. | Date Filed (f) or Converted (c): | 07/13/18 (f) |
| | | 341(a) Meeting Date: | 08/09/18 |
| | | Claims Bar Date: | 01/21/20 |

4/3/20- Surplus Bar date is set for 5/13/20

4/2/20 - Trustee filed Notice of Surplus Funds and Request for Notice to Creditors as he is collecting funds greater than the amount needed to pay all timely filed claims;

11/5/19 - Debtor is to pay bank balances in 3 monthly installments of $216.99 each;

11/4/19 - Compromise Order with American Express entered;

10/10/19- Trustee filed motion for compromise with American Express and filed asset recovery notice;

3/25/19 - Trustee requested proof of $178,400 payments made to Ryan Kearns/Bitcoin - not pursuing because existing assests are paying filed claims in full;

10/2/18 - Trustee requested all promissory notes with Augustine Hanger, Ryan Kearns and Jackson Haney;

9/10/18 - Order Employing SRR as attorney for Trustee;

8/13/18 - Trustee requested documentation regarding Bitcoin, American Express payments and bank statements going back 4 months;

RE PROP# 12---Compromise and Settlement Order dated 11/4/19 - DOC #39

Initial Projected Date of Final Report (TFR): 06/01/20    Current Projected Date of Final Report (TFR): 06/24/20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 18-21427 -DLS | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | REICHMEIER, JOHN W. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1326 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3446 | | | |
| For Period Ending: | 10/07/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/19 | 12 | American Express TRS Company Inc | PREFERENCE PAYMENT | 1141-000 | 3,481.93 | | 3,481.93 |
| 02/03/20 | 8, 9 | John William Reichmeier | Bank account funds payment Feb. | 1129-000 | 216.99 | | 3,698.92 |
| 03/10/20 | 8 | John William Reichmeier | March payment on bank account funds | 1129-000 | 216.99 | | 3,915.91 |
| 04/02/20 | | John William Reichmeier | April Payment | | 216.99 | | 4,132.90 |
| | 8 | | Memo Amount: 193.98 | 1129-000 | | | |
| | | | Bank account funds | | | | |
| | 10 | | Memo Amount: 23.01 | 1129-000 | | | |
| | | | stock value | | | | |
| 04/28/20 | 10 | John William Reichmeier | Final Payment | 1129-000 | 216.99 | | 4,349.89 |
| 09/09/20 | 002001 | Steven R. Rebein | Chapter 7 Compensation/Expense | | | 1,094.41 | 3,255.48 |
| | | Law Office of Steven R. Rebein, L.C. | | | | | |
| | | 8700 Monrovia, Suite 310 | | | | | |
| | | Lenexa, KS 66215 | | | | | |
| | | | Fees 1,087.47 | 2100-000 | | | |
| | | | Expenses 6.94 | 2200-000 | | | |
| 09/09/20 | 002002 | American Express National Bank | Claim 000001, Payment 100.00000% | 7100-000 | | 1,675.48 | 1,580.00 |
| | | c/o Becket and Lee LLP | DISBURSED FUNDS | | | | |
| | | PO Box 3001 | To General Unsecured Claimant | | | | |
| | | Malvern PA 19355-0701 | | | | | |
| 09/09/20 | 002003 | PYOD LLC | Claim 000002, Payment 100.00000% | 7100-000 | | 1,580.00 | 0.00 |
| | | c/o Resurgent Capital Services | DISBURSED FUNDS | | | | |
| | | PO Box 19008 | To General Unsecured Claimant | | | | |
| | | Greenville, SC 29602 | # CareCredit or GEMB or GECRB | | | | |

Page Subtotals  4,349.89  4,349.89

Ver: 22.02f

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-21427 -DLS | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | REICHMEIER, JOHN W. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1326  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3446 | | |
| For Period Ending: | 10/07/20 | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 216.99 | COLUMN TOTALS | 4,349.89 | 4,349.89 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 4,349.89 | 4,349.89 | |
| Memo Allocation Net: | 216.99 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 4,349.89 | 4,349.89 | |
| | | | | | |
| Total Allocation Receipts: | 216.99 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******1326 | 4,349.89 | 4,349.89 | 0.00 |
| | | | ---------------- | ---------------- | ---------------- |
| Total Memo Allocation Net: | 216.99 | | 4,349.89 | 4,349.89 | 0.00 |
| | | | ========== | ========== | ========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00