**Form fnldec** (Revised 08/01/2018)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 18–21427  Chapter: 7

In re:

John W. Reichmeier
4651 S Monaco St Apt 303
Denver, CO 80237

SSN: xxx–xx–3858

**FINAL DECREE**

| **Filed And Entered By The Court** |
| --- |
| **11/19/20** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Steven R Rebein is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 61

s/ Dale L. Somers
United States Bankruptcy Judge